No. 92–7880. BEASLEY *v.* FARCAS, SUPERINTENDENT, MARTIN CORRECTIONAL INSTITUTION. C. A. 11th Cir. Certiorari denied.

No. 92–7882. COSBY *v.* STONE ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7883. SALEEM *v.* FORRESTER. Sup. Ct. Ga. Certiorari denied.

No. 92–7884. DOE ET AL. *v.* SCHILLINGER ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–7887. SPRINGS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7893. BEAUMONT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7895. MOLINA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7896. MARSHALL *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–7898. CLAYTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7899. BASTAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7902. LONGSTRETH *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–7907. QUINTERO *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7910. MOSBY *v.* STEEN, CLERK, SUPREME COURT OF ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 92–7911. MCGUIRE *v.* GORDON ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–7917. CONBOY *v.* CREDIT BUREAU, INC., ET AL. C. A. 4th Cir. Certiorari denied.